**Dismissed; Opinion Filed September 8, 2020**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00283-CV

**ANTHONY HOGG, Appellant**
**V.**
**EVEREST WINDSOR, L.P. D/B/A WINDSOR STATION APARTMENTS,**
**Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-00588-D**

## MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Partida-Kipness
Opinion by Justice Schenck

Although directed to file his brief no later than August 10, 2020 and cautioned that failure to do so would result in dismissal of the appeal without further notice, appellant has failed to file his brief. *See* TEX. R. APP. P. 38.8(a)(1). Accordingly, we dismiss the appeal. *See id.* 38.8(a)(1), 42.3(b),(c).

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

200283F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ANTHONY HOGG, Appellant

No. 05-20-00283-CV      V.

EVEREST WINDSOR, L.P. D/B/A
WINDSOR STATION
APARTMENTS, Appellee

On Appeal from the County Court at
Law No. 4, Dallas County, Texas
Trial Court Cause No. CC-20-00588-
D.
Opinion delivered by Justice
Schenck, Justices Osborne and
Partida-Kipness participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 8th day of September, 2020.